**UNITED STATES DISTRICT COURT**
**OFFICE OF THE CLERK**
WESTERN DISTRICT OF TEXAS



William G. Putnicki

FILED
MAR 02 2011
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK



RECEIVED
220 West 8th Street, Room 130
U.S. DISTRICT COURT Austin, Texas 78701
EASTERN DISTRICT OF TEXAS 512-916-5896

FEB 25 2011

February 23, 2011

Clerk of the Court
United States District Court, ED/TX, Marshall Division
100 East Houston Street, Room 125
Marshall, Texas 75670

Re:    Transfer Case of 1:11-cv-77
       *In Re: Subpoenas to Cambridge Silicon Radio Limited*
       Related ED/TX case: 2:10-cv-215-TJW

To whom it may concern:

Enclosed are the certified copy of the Order of transfer and certified copy of docket entries for filing in your district pursuant to Order of Transfer signed by the Honorable Lee Yeakel on February 8, 2011. All documents filed in this case are available through PACER.

Also enclosed is an extra copy of this letter along with a self-addressed stamped envelope for your return of the same showing the file date and your cause number.

Thank you for your attention to this matter.

Sincerely,

*Katherine Wallace*

By: Katherine Wallace, *Deputy Clerk*
William G. Putnicki, *Clerk of the Court*

Enclosures:   Certified Copy of Docket Sheet
              Certified Copy of Transfer Order

Date Received:        2-25-11

Cause No. Assigned:   2:11cv113